**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**PAUL WOLF,**

   **Plaintiff,**

**v.**               **Case No: 5:13-cv-524-Oc-PRL**

**COMMISSIONER OF SOCIAL**
**SECURITY**

   **Defendant.**

_____

### ORDER

   This case is before the Court on Plaintiff's Consent Motion for Attorney Fees. (Doc. 25). Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), Plaintiff requests an award of fees in the amount of $4,077.03.   The attached schedules of hours confirm the attorney hours.  (Doc. 25-1, 25-2).   Plaintiff represents that the Commissioner has no objection to the petition.

   Plaintiff asserts that he is the prevailing party in this litigation and that the Commissioner's position in the underlying action was not substantially justified.   On April 21, 2014, the Court entered an Order reversing and remanding this cause back to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (Doc. 23).   The Clerk entered Judgment accordingly.   (Doc. 24).

   Also attached to the motion is Plaintiff's assignment of EAJA fees to counsel.   (Doc. 22-3).   In light of the assignment, Plaintiff requests (and Defendant agrees) that the payment should be made payable to Plaintiff and delivered to Plaintiff's counsel.   If the U.S. Department of the

Treasury determines that Plaintiff does not owe a federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel.

Pursuant to the provisions of the Equal Access to Justice Act (28 U.S.C. §2412(d)), Plaintiff's petition for attorney's fees (Doc. 25) is hereby **GRANTED**.  Plaintiff is awarded attorney's fees in the amount of **$4,077.03.**  Payment is authorized to Plaintiff's counsel if the Commissioner determines Plaintiff does not owe a debt to the government.

**DONE** and **ORDERED** in Ocala, Florida on July 23, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties